IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Mila Krupnik, | : | |
| Plaintiff | : | Civil Action 2:12-cv-0273 |
| v. | : | Judge Marbley |
| Arcadis of U.S., Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

## Order Cancelling Settlement Week Mediation

On September 7 2012, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for September 13, 2012 at 3:00 p.m. be cancelled. The parties' settlement evaluations are too far apart to permit a meaningful mediation. Discovery is proceeding. Plaintiff has served written discovery. Defendant has taken plaintiff's deposition, and plaintiff has taken three depositions of defendant's employees. Defendant will serve written discovery next week. The September 2012 Settlement Week mediation is CANCELLED. If either party wants to mediate before case-dispositive motions are filed March 18, 2013, they should call be before the end of January and I will notice the case for mediation during the March 2013 Settlement Week.

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the Settlement Week Mediator Eugene Matan, 261 South Front Street, Columbus, OH 43215.

s/Mark R. Abel  
United States Magistrate Judge
