IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Mila Krupnick, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00273 |
| v. | : | Judge Marbley |
| Arcadis of U.S., Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

Defendant's February 19, 2013 motion to extend the deadline for completing discovery and filing dispositive motions (doc. 21) is GRANTED. Defendant represents that good cause exist for extending the case scheduling deadlines because its counsel was not served with the affidavits of two witnesses until just before the deadline for completing all discovery. Discovery must be completed by March 18, 2013, and dispositive motions must be filed on or before April 18, 2013.

s/Mark R. Abel
United States Magistrate Judge